**Louis Roy CHAPMAN, Jr., Petitioner–Appellant,**

**v.**

**Ronald ANGELONE, Director, Virginia Department of Corrections; Attorney General of the Commonwealth of Virginia, Respondents–Appellees.**

**No. 01–7366.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 18, 2001.

Decided Jan. 14, 2002.

---

Louis Ray Chapman, Jr., Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellees.

Before MICHAEL, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Louis Roy Chapman, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) and denying his motion under Fed.R.Civ.P. 59(e). We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Chapman v. Angelone,* No. CA–00–848 (E.D. Va. July 12 & Aug. 6, 2001). We deny leave to proceed on appeal in forma pauperis and deny Chapman's motion for appointment of counsel. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*